JUAN A. HECTOR, ET AL. v. CITY OF UNION CITY, ET AL.

March 25, 1986.

Petition for certification denied.

GERALD CERES, ET AL. v. TRI–COUNTY ALARM
SYSTEMS, INC., ET AL.

March 25, 1986.

Petition for certification denied.

ROSE M. REGETZ v. STEPHEN M. JOHNSON AND
JOHNSON'S AUTO REPAIR.

March 25, 1986.

Petition for certification denied.

TOWNSHIP OF DOVER v. BLOCK 394, LOT 2, ASSESSED TO
DOVER INVESTORS, ET AL.

March 25, 1986.

Petition for certification denied.